IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CURTIS FAUSTICH,

                                                            ORDER
                        Plaintiff,

                                                        11-cv-348-bbc
            v.

UNITED STATES OF AMERICA,

                        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Curtis Faustich is proceeding on a motion for the return of property under Fed. R. Crim. P. 41(g).  (Because he has been convicted, his motion has been converted to a civil proceeding and he has paid the initial partial filing fee that the court has assessed.) He has filed a new pleading.  I will treat this pleading as a supplement to the motion he filed previously and will take both pleadings into consideration when deciding the motion.

      I will assume that the government intends to rest on the brief it filed in this case on May 19, 2011, unless it advises the court otherwise, no later than August 16, 2011.  If it rests on its previously filed brief, plaintiff will have until September 6, 2011 in which to file a reply brief.  If the government chooses to supplement its brief, it may have until August 30, 2011 to do so and plaintiff will have until September 20, 2011 in which to file his reply

1

brief.

ORDER

IT IS ORDERED that the government may have until August 16, 2011 in which to advise the court whether it wishes to stand on its present brief or file a supplement to that brief.  If it chooses not to do any additional briefing, plaintiff may until September 6, 2011 in which to file and serve his reply brief.  If the government wants to supplement its briefing, it may have until August 30, 2011 to do so, in which case plaintiff may have until September 20, 2011 to file and serve his reply brief.

Entered this 9th day of August, 2011.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge