IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CURTIS FAUSTICH,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

JUDGMENT IN A CIVIL CASE

11-cv-348-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for plaintiff Curtis Faustich's failure to show that he is entitled to the return of any items seized from his residence at 4701 Bellingrath Street, McFarland, Wisconsin 53558 on April 10, 2010.

_____  
Peter Oppeneer, Clerk of Court

_9/23/11_____  
Date